Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
William Heye (233249) william@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
 Facsimile: (415) 217-6813


*Attorneys for Plaintiffs Lolly Randall and Christian Duke*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR ANTITRUST LITIGATION** | ) Case No. C-07-5634 CRB )<br>) MDL No. 1913 ) |
| **This document relates to**:<br><br>*Randall v. Air New Zealand, et al.*,<br>Case No. C-08-0909 JCS<br><br>*Duke v. Air New Zealand, et al.*,<br>Case No. C-08-1142 EMC | )<br>) **[PROPOSED] ORDER GRANTING**<br>) **PLAINTIFFS' ADMINISTRATIVE**<br>) **MOTION TO RELATE CASES**<br>)<br>)<br>)<br>) |

On March 28, 2008 plaintiffs Lolly Randall and Christian Duke filed an Administrative Motion to Relate Cases pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiffs' Administrative Motion to Relate Cases.

IT IS HEREBY ORDERED that *Randall v. Air New Zealand, et al.,* Case No. CV-08-0909-JCS and *Duke v. Air New Zealand, et al.*, Case No. C-08-1142-EMC, be related to *In Re Transpacific Passenger Air Antitrust Litigation*, Case No. CV-07-5634-CRB.

DATED: March 31, 2008

_____
Hon. Charles R. Breyer
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES